Civil • Criminal • Query • Reports • Utilities • Logout 

```
MIME-Version:1.0
From:ecf.notification@ned.uscourts.gov
To:ecf.notice@ned.uscourts.gov
Bcc:ecfnotice_nept@nept.uscourts.gov,ecfnotice_nep@nep.uscourts.gov,Ed_Marshall@ned.us
Message-Id:<864887@ned.uscourts.gov>
Subject:Activity in Case 8:05-mj-00169-TDT USA v. Ledezma-Hernandez "Order"
```

Content-Type: text/html

**\*\*\*NOTE\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## Version 2.5

## U.S. District Court of Nebraska

Notice of Electronic Filing

The following transaction was filed on 12/30/2005 and received by the system on 12/30/2005 at 1:44 PM CST.

**Case Name:** USA v. Ledezma-Hernandez
**Case Number:** 8:05-mj-169
**Filer:**
**Document Number:** 7

**Docket Text:**
ORDER as to defendant Diego A. Ledezma-Hernandez - at the Court's own request the preliminary examination and detention hearing scheduled before Magistrate Judge Thomas D. Thalken at 1:00 p.m. on 01/12/2006, will begin at 1:30 p.m. on 01/12/2006. Ordered by Magistrate Judge Thomas D. Thalken on 12/30/2005. THIS IS A TEXT ONLY ENTRY. A DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (MBB)

The following document(s) are associated with this transaction:

**8:05-mj-169-1 Notice will be electronically mailed to:**

Carlos A. Monzon    MonzonLaw@aol.com

Nancy A. Svoboda    Nancy.Svoboda@usdoj.gov, patricia.carman@usdoj.gov; carrie.russell@usdoj.gov; usane.ecfdtfoma@usdoj.gov

**8:05-mj-169-1 Notice will be delivered by other means to:**